IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GLORIA RICHEY                                                                                           PLAINTIFF

V.                                                                                          NO: 1:23CV117-GHD-DAS

TOYOTA BOSHOKU MISSISSIPPI, LLC                                                         DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

It is therefore ORDERED that this action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement of this matter has not been completed and further litigation is necessary.

SO ORDERED, this the 5th day of January, 2024.

_____
SENIOR U.S. DISTRICT JUDGE